IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-02357-RPM

DAWN BEATTY,

    Plaintiff,
v.

VITROLIFE, INC.,

    Defendant.

_____

ORDER DISMISSING THIRD CLAIM FOR RELIEF
_____

On September 2, 2014, the defendant filed a motion to dismiss the third claim for relief in the complaint pursuant to Fed.R.Civ.P. 12(b)(1) and 12(h)(3), [Doc 7]. The plaintiff has not responded to the motion. The plaintiff has not alleged and the defendant asserts that the necessary condition precedent to a claim under C.R.S. § 8-13.5-101, *et seq.* (Nursing Mothers Act) of a non-binding mediation between employer and employee has not been satisfied. Accordingly, it is

ORDERED that the third claim for relief in the plaintiff's complaint is dismissed.

DATED: October 7th, 2014

                                            BY THE COURT:

                                            s/Richard P. Matsch
                                            _____
                                            Richard P. Matsch, Senior Judge