**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior District Judge Richard P. Matsch**

Date:                 November 24, 2014
Courtroom Deputy:     J. Chris Smith
FTR Technician:       Kathy Terasaki

_____

Civil Action No. 14-cv-02357-RPM

DAWN BEATTY,                                            John A. Cimino

    Plaintiff,

v.

VITROLIFE, INC., a Colorado corporation,                Austin E. Smith

    Defendant.
_____

## COURTROOM MINUTES
_____

**Scheduling Conference**

**1:54 p.m.     Court in session.**

Court advises counsel of its expert designation and report practice (party with burden of persuasion first, then contradictory and rebuttal last).

Discussion regarding case facts (termination, medical conditions, and job/position).
Mr. Cimino states plaintiff is currently unemployed.
Mr. Smith states defendant's H.R is handled locally and its EEOC counsel was Mountain States Employers.

Discussion regarding EEOC charge (position statement filed and no probable cause finding).

Discussion regarding discovery (deponents, emails, proposed protective order L.Rule 7.2).
Counsel agree to complete document exchange.
Mr. Austin agrees to produce time records and to ascertain whether an unemployment claim was filed.

Court states its practice regarding orders of reference to magistrate judge for settlement (joint motion).

**Scheduling Order signed.**

**2:16 p.m.     Court in recess.**

Hearing concluded.  Total time: 22  min.