Case 1:14-cv-02357-RPM   Document 30   Filed 10/22/15   USDC Colorado   Page 1 of 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                  October 22, 2015
Courtroom Deputy:      Emily Buchanan
FTR Technician:        Kathy Terasaki

---

Civil Action No. 14-cv-02357-RPM          Counsel:

DAWN BEATTY,                              John Cimino

     Plaintiff,

v.

VITROLIFE, INC., a Colorado corporation,  Austin Smith
                                          Michelle Muhleisen
     Defendant.

---

**COURTROOM MINUTES**

---

**MOTION HEARING**

**10:58 a.m.     Court in session.**

Court follows Rule 56(c) and does not have practice standards regarding how to respond to a motion for summary judgment.  Court provides its understanding of the case.

11:05 a.m.     Mr. Cimino answers Court's questions and provides facts he contends support plaintiff's claims.

**ORDERED:**  Defendant's Motion for Summary Judgment (Doc. No. 20) is **GRANTED**.  A written opinion will be entered.

**11:10 a.m.     Court in recess.**

Hearing concluded.  Total time:     12 minutes.