IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-02357-RPM

DAWN BEATTY,

    Plaintiff,

v.

VITROLIFE, INC.,

    Defendant.

_____

## JUDGMENT
_____

Pursuant to the Order Granting Summary Judgment entered by Senior Judge Richard P. Matsch on November 23, 2015, it is

ORDERED AND ADJUDGED that this civil action is dismissed. Defendant is awarded costs upon the filing of a bill of costs within14 days.

DATED: November 23, 2015

        FOR THE COURT:

        JEFFREY P. COLWELL, Clerk

          s/M. V. Wentz
        By_____
            Deputy